# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRAUD FREE TRANSACTIONS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PING IDENTITY CORPORATION,<br><br>　　　　Defendant. | C.A. No. 24-1218-GBW |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that pursuant to D. Del. LR 83.7, Helena C. Rychlicki, formerly of Pinckney, Weidinger, Urban & Joyce, hereby withdraws as counsel for Plaintiff Fraud Free Transactions LLC ("FFT") and Daniel A. Taylor and Neal C. Belgam of Smith, Katzenstein & Jenkins LLP hereby enter their appearance for FFT. Additionally, FFT will continue to be represented by Megan Ix Brison, now of Smith, Katzenstein & Jenkins LLP.

Dated: January 22, 2026

|  | **SMITH, KATZENSTEIN & JENKINS LLP** |
|---|---|
| */s/ Helena C. Rychlicki*<br>Helena C. Rychlicki (No. 3996)<br>13 Ridgewood Cir.<br>Wilmington, DE 19809<br>(302) 593-8201<br>hrychlicki@rychlaw.com | */s/ Daniel A. Taylor*<br>Neal C. Belgam (No. 2721)<br>Daniel A. Taylor (No. 6934)<br>Megan Ix Brison (No. 6721)<br>1000 N. West Street, Suite 1501<br>Wilmington, Delaware 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>dat@skjlaw.com<br>mib@skjlaw.com<br><br>*Attorneys for Plaintiff*<br>*Fraud Free Transactions LLC* |