**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

FRAUD FREE TRANSACTIONS LLC,

        Plaintiff,

    v.

PING IDENTITY CORPORATION,

        Defendant.

C.A. No. 24-1218-GBW

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE and enter the appearance of Neal C. Belgam of Smith, Katzenstein & Jenkins LLP on behalf of Plaintiff Fraud Free Transactions LLC in the above-captioned matter.

Date: March 12, 2026

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Neal C. Belgam*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
Megan Ix Brison (No. 6721)
1000 N. West Street, Suite 1501
Wilmington, Delaware 19801
(302) 652-8400
nbelgam@skjlaw.com
dat@skjlaw.com
mib@skjlaw.com

*Attorneys for Plaintiff
Fraud Free Transactions LLC*